# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:      1. *Intake Clerk* *

           2. *Case Administrator*

FROM:    *Financial Administrator*

DATE: **5-16-2005**    **UC**

CASE NAME: **Sandor**

CASE NUMBER: **99-28116**

Check Number **A37112** in the amount of $ **6364.33** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **51928**      Intake Clerk's Initials **LK**

*    *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.*

#4b-F

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US STeel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour              Phillip J. McHale, III
Standing Trustee                Chief Accountant

Richard J. Bedford              Sandra Edinger
Chief Counsel                   Chief Case Administrator

May 11, 2005

Theodore S. Hopkins, Esq.        OR     Theodore S Hopkins, Esq.
Clerk, U.S. Bankruptcy Court            Clerk, U.S. Bankruptcy Court
5414 US Steel Tower                     717 State St Ste 501
600 Grant Street                        Erie PA     16501
Pittsburgh PA    15219

RE:  RICHARD R SANDOR

Case No.: 99-28116   F

Dear Mr. Hopkins:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

    These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

.
.
.
.
.

CHECK NUMBER __437112__          AMOUNT $ __6,364.33__

Page Two
Unclaimed funds
99-28116 F

The disbursement(s) was returned to the Trustee for the following reason:

_____ a. Trustee has been unable to locate Creditor.

__X__ b. Creditor returned funds.

_____ c. Stale dated, check 90 days old and not negotiated.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

Very truly yours,

RONDA J. WINNECOUR
for Standing Chapter 13 Trustee

cc: GARY W SHORT ESQ
RICHARD R SANDOR

GARY W SHORT ESQ
Creditor