IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICHARD R SANDOR
121 8TH ST
TURTLE CREEK PA
15145-0000

a/k/a
Debtor(s)

CASE NO. 99-28116F
JUDGE JUDITH FITZGERALD

DATE: 02/02/06

## 2nd AMENDED TRUSTEE'S FINAL REPORT AND ACCOUNT

RONDA J. WINNECOUR, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b)(1).

1. The case was filed on 11/01/99 and confirmed on 01/24/00. The case was subsequently COMPLETED

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $ 50550.00 .

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| ALLIANCE MORTGAGE CO* | MORTGAGE | 7866.50 | 7866.50 | .00 | .00 |
| ALLIANCE MORTGAGE CO* | HOME MORT | 4386.54 | 4386.54 | 714.84 | .00 |
| BENEFICIAL | NOT FILED | .00 | .00 | .00 | .00 |
| CHASE CARDMEMBER SVCS | NOT FILED | .00 | .00 | .00 | .00 |
| CLERK, U S BANKRUPTCY COURT | Unclaimed | 6364.33 | 6364.33 | .00 | .00 |
| DUQUESNE LIGHT CO** | UNSECURED | 350.90 | 35.09 | .00 | .00 |
| GARY W SHORT ESQ | Original | 1102.30 | 1102.30 | .00 | .00 |
| INTERBAY FUNDING LLC/SUBSID | MORTGAGE | .00 | 12271.74 | .00 | .00 |
| INTERBAY FUNDING LLC/SUBSID | HOME MORT | 2446.06 | 2446.06 | 75.85 | .00 |
| INTERNAL REVENUE SERVICE | NOT FILED | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE* | PRIORITY | 1446.75 | 1446.75 | .00 | .00 |
| INTERNAL REVENUE SERVICE* | UNSECURED | 2000.00 | 200.00 | .00 | .00 |
| LEON P HALLER ESQ | NOT FILED | .00 | .00 | .00 | .00 |
| PNC BANK | MORTGAGE | 4348.00 | 4348.00 | 871.77 | .00 |
| SHERMAN ACQUISITION LLC | UNSECURED | 1444.12 | 144.41 | .00 | .00 |
| TRANSAMERICA FINANCIAL SVCS | NOT FILED | .00 | .00 | .00 | .00 |

4. Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMOUNT | 19047.10 | 7811.08 | 3795.02 | 12271.74 | 42924.94 |
| PRINCIPAL PAID | 19047.10 | 7811.08 | 379.50 | 12271.74 | 39509.42 |
| INTEREST PAID | 1662.46 | .00 | .00 | .00 | 1662.46 |

5. Costs of administration:
The clerk was paid $ .00 through the plan for the filing fee.
The debtor's attorney was allowed $ 1102.30 and was paid $ 1102.30 .
The Trustee was paid $ 1275.82 pursuant to 11 USC 1302.
Refunds to the debtor and/or new trustee total $ 7000.00 .

Postpetition arrearages on mortgages, if any, have been computed by the Trustee but are not listed on this Final Accounting form.

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ Ronda J. Winnecour

xc: RICHARD R SANDOR
GARY W SHORT ESQ
SIMON & SHORT
KOPPERS BLDG STE 2317
PITTSBURGH PA        15219-0000

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
SUITE 3250 US STEEL TWR
PITTSBURGH PA        15219-0000
(412) 471-5566

!&FRA&!