# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO. 99-28116 |
| ) | |
| Richard R. Sandor ) | AFFIDAVIT FOR |
| ) | REIMBURSEMENT |
| Debtor ) | OF UNCLAIMED FUNDS |
| ) | |

STATE OF: Pennsylvania )  SOCIAL SECURITY NO:
COUNTY OF: Allegheny )  xxx-xx-0790

Richard Sandor, whose mailing address is 829 Elizabeth Street, Turtle Creek, PA 15145, Phone 412-824-1819 being duly sworn, deposes and says:

That they are the original creditor in the above-named bankruptcy. That Richard R. Sandor SSN: xxx-xx-0790 was a duly adjudged debtor in the United States Bankruptcy Court for the Western District of Pennsylvania. That said creditor duly filed their claim, which claim was thereafter duly allowed. Dividends amounting to the sum of $6,364.33 remain unpaid. The Trustee in the above case attempted to return funds but was unable to locate. That the said claim has not been sold or assigned, and that it is still the property of the deponent.

It is therefore requested that the Clerk, U.S. Bankruptcy Court pay this unclaimed money to Richard Sandor c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico, 88345, the sum of $6,364.33.

*[signed]* Richard Sandor
Richard Sandor
829 Elizabeth Street
Turtle Creek, PA 15145

SUBSCRIBED and sworn before me this 3rd day of NOV, 2009.

*[signed]* 
Notary Public
My Commission expires: 12/4/2012

(seal)
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Ruth S. Grimes, Notary Public
North Versailles Twp., Allegheny County
My Commission Expires Dec. 4, 2012
Member, Pennsylvania Association of Notaries

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That

Richard R. Sandor

has made, constituted and appointed and by these presents does make, constitute and appoint:

The Financial Resources Group, Inc.

my true and lawful attorney-in-fact, for me and in my name, place and stead and for my use and benefit , **ONLY** to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$6,364.33

giving and granting unto my said attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney-in-fact shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural. **This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.**

_____  _____11-3-09_____
Signature: Richard Sandor          Date
                                   SSN  XXX - XX - 0790

================================================================

## NOTARY ACKNOWLEDGEMENT

State of PENNSYLVANIA

County of ALLEGHENY

SUBSCRIBED AND SWORN on the 3rd day of NOV, 20 09, before me, personally appeared RICHARD SANDOR personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Driver License No. (or specify other identification):** 11 121 370

WITNESS my hand and official seal,
Signature _____
Residing at NORTH VERSAILLES
My commission expires: 12/4/2012

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
(seal) Ruth S. Grimes, Notary Public
North Versailles Twp., Allegheny County
My Commission Expires Dec. 4, 2012
Member, Pennsylvania Association of Notaries

**EXHIBIT "B"**

| | | | | | |
|---|---|---|---|---|---|
| 03-23-2005 | | M856748 3-16-05 | THIRD PARTY PERSONAL | $400.00 | $6,364.33 |
| 03-24-2005 | | 0435271 | REFUND TO DEBTOR/CAS | $5,964.33 | $400.00 |
| 03-31-2005 | | 0435271 | CANCELLED CHECK/DEBT | ($5,964.33) | $6,364.33 |
| 04-26-2005 | 0016 Clerk, U S Bankruptcy Court | 0437112 | AMOUNTS DISBURSED TO | $6,364.33 | $0.00 |